UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARELIOUS REED,

    Plaintiff,

v.

Case No.  2:16-cv-13115
District Judge Stephen J. Murphy, III
Magistrate Judge Anthony P. Patti

AMERICAN PLASTIC TOYS, INC.,

    Defendant.

_____/

## ORDER DENYING AS MOOT PLAINTIFF'S JANUARY 19, 2017 MOTION (DE 18)

On this date, the parties appeared for a hearing on several motions, including Plaintiff's January 19, 2017 motion concerning depositions.  (DE 18.)  In lieu of conducting a motion hearing, the Court facilitated a settlement conference, and a confidential settlement was entered into between the parties.

Accordingly, Plaintiff's January 19, 2017 motion (DE 18) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated:                                     s/Anthony P. Patti
                                             Anthony P. Patti
                                             UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of the foregoing document was sent to parties of record on February 10, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
